| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| LEONARD PEÑA (State Bar No. 192898)<br>lpena@penalaw.com<br>PEÑA & SOMA, APC<br>402 South Marengo Ave., Suite B<br>Pasadena, California 91101<br>Telephone (626) 396-4000<br>Facsimile (213) 291-9102 | **FILED & ENTERED**<br><br>**JUN 11 2018**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY ghaltchi  DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
| ☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re: | CASE NUMBER: 2:18-bk-13122 NB |
|---|---|
| | CHAPTER: 13 |
| LAURA FEY PEREZ | **ORDER** ☒ **GRANTING** ☐ **DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)** |
| | ☐ No hearing held<br>☒ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s). | |

**Creditor Holding Lien to be Avoided** (*name*): MEILOON VALLEY, LLC as assignee of MEILOON TRUST, LLC

The Motion was:   ☐ ~~Opposed~~   ☒ Unopposed   ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).
2. ☒ Notice of this Motion complied with LBR 9013-1(o).

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

    a. ☒ There was no opposition and request for hearing.

    b. ☐ Hearing requested and held as indicated in the caption.

3. ☒ Motion granted as set forth in the **Attachment** to this order.

4. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

    a. ☐ Insufficient notice

    b. ☐ Insufficient evidence of the exempt status of the property in question

    c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

    d. ☐ Insufficient evidence of fair market value.

    e. ☐ Motion is incomplete.

    f. ☐ Other (*specify*):

5. ☐ The court further orders as follows (*specify*):

    ☐ See attached page

###

Date: June 11, 2018

Neil W. Bason
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

**ATTACHMENT TO MOTION/ORDER**
**(11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)**

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** __Meiloon Valley, LLC as assignee of Meiloon Trust, LLC__.

2. **Subject Lien:** Date (*specify*): __5/24/2016__ and place (*specify*): __Official Records Recorder's Office, Los Angeles County, California__ of recordation of lien; Recorder's instrument number or document recording number: __20160594181__.

3. **Collateral:** Street address, legal description and/or map/book/page number, including county of recording:
   __35 Mesa Ridge Drive, Phillips Ranch, California 91766__.

   **Legal Description: Lot 27 of Tract 33856, in the City of Pomona, County of Los Angeles, California as per map recorded in Book 894, Page 37 to 41 inclusive, of Maps in the Office of the County Recorder of said County.**

4. **Secured Claim Amount**
   a. Value of Collateral: ............................................................................... $ __720,000.00__
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: .............................................. ($ __93,966.41__)
      (2) Second lien: .......................................... ($ __533,874.38__)
      (3) Third lien: ............................................. ($_____)
      (4) Additional senior liens (*attach list*): ........ ($_____)
   c. Amount of Debtor's exemption(s): .......................... ($ __100,000.00__)
   d. Subtotal: ................................................................................................ ($ __727,840.79__)
   e. Secured Claim Amount (negative results should be listed as -$0-): $ __0.00__

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid *pro rata* with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 3                    **F 4003-2.1.AVOID.LIEN.RP.ORDER**