United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 18-13122-NB
Laura Fey Perez                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2           User: admin              Page 1 of 1             Date Rcvd: Jun 11, 2018
                               Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2018.
db             Laura Fey Perez,    P.O. Box 23535 Palomino Dr.#259,    Diamond Bar, CA   91765

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
              Connie J Delisser    on behalf of Creditor    Bank of America, N.A. cdelisser@mlg-defaultlaw.com,
               BKECF@mlg-defaultlaw.com
              Kathy A Dockery (TR)    efiling@CH13LA.com
              Kelsey X Luu    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,
               kluu@ecf.inforuptcy.com
              Leonard  Pena    on behalf of Debtor Laura Fey Perez lpena@penalaw.com,
               penasomaecf@gmail.com;penalr72746@notify.bestcase.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Valerie  Smith    on behalf of Interested Party    Courtesy NEF claims@recoverycorp.com
                                                                                             TOTAL: 6

Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address

LEONARD PEÑA (State Bar No. 192898)
lpena@penalaw.com
PEÑA & SOMA, APC
402 South Marengo Ave., Suite B
Pasadena, California 91101
Telephone (626) 396-4000
Facsimile (213) 291-9102

FOR COURT USE ONLY

**FILED & ENTERED**

**JUN 11 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** ghaltchi **DEPUTY CLERK**

**CHANGES MADE BY COURT**

☐ *Debtor appearing without attorney*
☒ *Attorney for: Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

LAURA FEY PEREZ

Debtor(s).

CASE NUMBER: 2:18-bk-13122 NB

CHAPTER: 13

**ORDER ☒ GRANTING ☐ DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)**

☐ No hearing held
☒ Hearing held
DATE:
TIME:
COURTROOM:
ADDRESS:

**Creditor Holding Lien to be Avoided** (*name*): **MEILOON VALLEY, LLC as assignee of MEILOON TRUST, LLC**

The Motion was:   ☐ ~~Opposed~~   ☒ Unopposed   ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).
2. ☒ Notice of this Motion complied with LBR 9013-1(o).

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

    a. ☒ There was no opposition and request for hearing.

    b. ☐ Hearing requested and held as indicated in the caption.

3. ☒ Motion granted as set forth in the **Attachment** to this order.

4. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

    a. ☐ Insufficient notice

    b. ☐ Insufficient evidence of the exempt status of the property in question

    c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

    d. ☐ Insufficient evidence of fair market value.

    e. ☐ Motion is incomplete.

    f. ☐ Other (*specify*):

5. ☐ The court further orders as follows (*specify*):

    ☐ See attached page

###

Date: June 11, 2018

Neil W. Bason
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    F 4003-2.1.AVOID.LIEN.RP.ORDER

# ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:**  __Meiloon Valley, LLC as assignee of Meiloon Trust, LLC_____.

2. **Subject Lien:** Date (*specify*): __5/24/2016__ and place (*specify*): ___Official Records Recorder's Office, Los Angeles County, California_____ of recordation of lien; Recorder's instrument number or document recording number: ___20160594181_____.

3. **Collateral:** Street address, legal description and/or map/book/page number, including county of recording: _
   35 Mesa Ridge Drive, Phillips Ranch, California 91766_____.

   **Legal Description: Lot 27 of Tract 33856, in the City of Pomona, County of Los Angeles, California as per map recorded in Book 894, Page 37 to 41 inclusive, of Maps in the Office of the County Recorder of said County.**

4. **Secured Claim Amount**
   a. Value of Collateral: ……………………………………………………………………… $ __720,000.00____
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: ……………………………………. ($ __93,966.41_____)
      (2) Second lien: …………………………………. ($ __533,874.38_____)
      (3) Third lien: …………………………………. ($_____)
      (4) Additional senior liens (*attach list*): ………………. ($_____)
   c. Amount of Debtor's exemption(s): ……………………………. ($ __100,000.00_____)
   d. Subtotal: ……………………………………………………………………… ($ __727,840.79_____)
   e. Secured Claim Amount (negative results should be listed as -$0-): $ __0.00_____

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid *pro rata* with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 3                             **F 4003-2.1.AVOID.LIEN.RP.ORDER**