| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Leonard Peña (State Bar No. 192898)**<br>lpena@penalaw.com<br>**PEÑA & SOMA, APC**<br>**402 South Marengo Ave., Suite B**<br>**Pasadena, CA 91101**<br>**Tel: 626-396-4000**<br>**Fax: 213-291-9102**<br><br>☐ *Individual appearing without attorney*<br>☑ Attorney for: Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Laura Fey Perez**<br><br>Debtor. | CASE NO.: **2:18-bk-13122 NB**<br>CHAPTER: **13** |
|---|---|
| | **NOTICE OF MOTION FOR:**<br>**Motion to Avoid Lien Judicial Lien with Patricia Reyes**<br><br>DATE: **August 2, 2018**<br>TIME: **8:30 a.m.**<br>COURTROOM: **1545**<br>PLACE: **255 E. Temple Street, Los Angeles, CA 90012** |

1. TO (specify name): **PATRICIA REYES, HER ATTORNEYS OF RECORD AND ALL INTERESTED PARTIES.**

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the *Motion to Avoid Lien Judicial Lien with Patricia Reyes* filed on May 22, 2018 as docket no. 21.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: **June 27, 2018**

**PEÑA & SOMA, APC**
Printed name of law firm

**/S/ LEONARD PENA**
Signature
**Leonard Peña 192898**
Printed name of attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 1  **F 9013-1.1.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**402 South Marengo Ave., Suite B**
**Pasadena, CA 91101**

A true and correct copy of the foregoing document entitled (*specify*):   __**Notice of Motion (with Hearing)**__   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  __**6/27/2018**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Connie J Delisser on behalf of Creditor Bank of America, N.A. | cdelisser@mlg-defaultlaw.com, BKECF@mlg-defaultlaw.com |
| Kathy A Dockery (TR) | efiling@CH13LA.com |
| Kelsey X Luu on behalf of Interested Party Courtesy NEF | ecfcacb@aldridgepite.com, kluu@ecf.inforuptcy.com |
| Leonard Pena on behalf of Debtor Laura Fey Perez | lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com |
| Valerie Smith on behalf of Interested Party Courtesy NEF | claims@recoverycorp.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __6/27/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| Hon. Neil W. Bason<br>United States Bankruptcy Court<br>255 E. Temple Street, Suite 1552 / Courtroom 1545<br>Los Angeles, CA 90012 | Bank of America, N.A.<br>Attn: Brian T. Moynihan<br>Chief Executive Officer<br>100 North Tryon St<br>Charlotte, NC 28202 |
| Mr. Cooper<br>Attn: CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833-3505 | Bank of America, N.A.<br>Care of its authorized agent for service of process<br>CT Corporation System<br>818 W SEVENTH ST STE 930<br>LOS ANGELES CA 90017 |
| Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | Attorney for Patricia Reyes<br>Jihad M. Smaili<br>Smaili & Associates<br>600 West Santa Ana Blvd., Suite 202<br>Santa Ana, CA 92701 |
| Patricia Reyes<br>22 Rustic Glen Drive<br>Pomona, CA 91766 | Attorney for Meiloon Trust, LLC<br>Stirling J. Hopson<br>Law Office of Stirling J. Hopson<br>411 W. Lambert Road Suite 402<br>Brea, California 92821 |
| Meiloon Valley, LLC assignee of<br>Meiloon Trust, LLC<br>855 TOWNE CENTER DR<br>POMONA CA 91767 | Meiloon Valley, LLC assignee of<br>Meiloon Trust, LLC<br>care of its authorized agent for service of process<br>JOHNSON YANG<br>713 W DUARTE RD #G-300<br>ARCADIA CA 91007 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 Page 2                                                     **F 9013-1.1.HEARING.NOTICE**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 27, 2018 | GISELLE SALAS | /S/ GISELLE SALAS |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9013-1.1.HEARING.NOTICE**